**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 98-7573**

───────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

DERRICK THOMAS,

                              Defendant - Appellant.

───────────

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Frank W. Bullock, Jr., Chief District Judge.  (CR-93-168, CA-97-520)

───────────

Submitted:  January 19, 1999        Decided:  February 17, 1999

───────────

Before MURNAGHAN and LUTTIG, Circuit Judges, and BUTZNER, Senior Circuit Judge.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Derrick Thomas, Appellant Pro Se. Paul Alexander Weinman, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Derrick Thomas seeks to appeal the district court's order affirming the magistrate judge's denial of his motion to amend and judgment adopting the magistrate judge's recommendation denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's order and judgment and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Thomas, Nos. CR-93-168; CA-97-520 (M.D.N.C. Sept. 25, 1997; Oct. 9, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2